Henry **HERNANDEZ** et al., Appellants,

v.

**VETERANS' ADMINISTRATION** et al., Appellees.

Peter **MILLER** and Gary Lehn, Appellants,

v.

**VETERANS' ADMINISTRATION OF** the **UNITED STATES** of America et al., Appellees.

Nos. 72–1655, 72–1760.

United States Court of Appeals, Ninth Circuit.

April 22, 1974.

Jack R. Petranker (argued), Paul N. Halvonik, Charles C. Marson, of American Civil Liberties Union of Northern Cal., San Francisco, Cal., for appellants Henry Hernandez et al.

Lawrence L. Curtice, San Francisco, Cal. (argued), San Francisco Neighborhood Legal Assistance Foundation, for appellants Peter Miller and Gary Lehn.

William G. Kanter (argued), Morton Hollander, Civil Div., Dept. of Justice, Washington, D. C., James Browning, Jr., U. S. Atty., Harlington Wood, Jr., Acting Asst. Atty. Gen., San Francisco, Cal., for appellees.

Before GOODWIN,[1] Circuit Judge, and CRARY,[2] District Judge.

PER CURIAM:

On remand from the Supreme Court, 415 U.S. 391, 94 S.Ct. 1177, 39 L.Ed.2d 412 (1974), the judgment below is affirmed for the reasons stated in Johnson v. Robison, 415 U.S. 361, 94 S.Ct. 1160,

39 L.Ed.2d 389 (1974). Hernandez v. Veterans' Administration, 467 F.2d 479 (9th Cir. 1972), insofar as it reads 38 U.S.C. § 211(a) as precluding judicial review when sought on constitutional grounds, is overruled.